No. 00–527. WALKER COUNTY SCHOOL DISTRICT *v.* BENNETT ET AL. C. A. 11th Cir. Motion of National School Boards Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–6491. YOUNG *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.